COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:      In the Interest of B.J., Jr., B.J., D.L., and D.L., Children

Appellate case number:   01-15-00886-CV

Trial court case number:  2014-05824J

Trial court:                     314th District Court of Harris County


Appellant, T.T., has filed a notice of appeal of the trial court's final judgment terminating her parental rights to her minor children. *See* TEX. R. APP. P. 26.1(b), 26.3. On November 30, 2015, appellant filed an unopposed motion for extension of time to file her brief, requesting an extension to January 5, 2015. We **grant** appellant's motion. **Appellant's brief is due to be filed with this Court no later than January 5, 2016.** *See* TEX. R. APP. P. 28.4(a), 38.6(a), (d).

Because this appeal involves the termination of the parent-child relationship, the Court is required to bring the appeal to final disposition within 180 days of October 15, 2015, the date the notice of appeal was filed in this proceeding, so far as reasonably possible. *See* Tex. R. Jud. Admin. 6.2, *reprinted in* TEX. GOV'T. CODE ANN., tit. 2, subtit. F app. (Vernon 2013). **Accordingly, no further extensions will be granted.**

It is so ORDERED.


Judge's signature: /s/ Terry Jennings
                            ☒ Acting individually      ☐ Acting for the Court


Date:  December 8, 2015